**FILED**

MAR 16 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

F.S.

Kelley Coelho, individually and as Guardian Ad Litem for _____ , a minor,

Plaintiffs,

v.

City of Turlock; Turlock Police Department; Chief Jason Hedden; Officer Juan Arroyo; Turlock Unified School District; Superintendent David Lattig; Agustin Arreola and Vance Yarborough

Defendants.

Case No: 2:26 CV 0887 DAD AC (PS)

# COMPLAINT

## FOR DAMAGES, CIVIL RIGHTS VIOLATIONS,  PERSONAL INJURY & INJUNCTIVE RELIEF

# I. JURISDICTION

This action arises under the Constitution and laws of the United States including:

- 42 U.S.C. §1983
- 42 U.S.C. §1985
- Title IX of the Education Amendments of 1972
- The First Amendment
- The Fourteenth Amendment (Due Process and Equal Protection)
- Title II of the Americans with Disabilities Act

Jurisdiction is proper pursuant to 28 U.S.C. §§1331 and 1343.

The Court may exercise supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. §1367.

Venue is proper in the Eastern District of California because the events giving rise to this action occurred in Stanislaus County, California.

# II. PARTIES

Plaintiffs

Plaintiff Kelley Coelho is a United States citizen, resident of California, and a 100% disabled veteran.

Kelley Coelho brings this action individually and as Guardian Ad Litem for her minor child,   F. S.

F.S. is a minor student who attended Turlock Junior High School, which is operated by Turlock Unified School District.

Defendants

- Defendant City of Turlock is a municipal entity responsible for policies and customs of the Turlock Police Department.

- Defendant Turlock Police Department is the law enforcement agency for the City of Turlock.

- Defendant Jason Hedden is Chief of Police and responsible for training, supervision and discipline.

- Defendant Officer Juan Arroyo is a Turlock Police Officer involved in the underlying events.
- Turlock Unified School District
- Vance Yarborough

# III. FACTUAL ALLEGATIONS

1.    Plaintiff F. S.              was a student at Turlock Junior High School
2.    Defendant Vance Yarborough, acting as a substitute teacher, physically assaulted     F. S.     during school hours.
3.    At the time of the incident Yarborough was acting under the authority of Turlock Unified School District
4.    The assault caused emotional distress, trauma and harm to the minor plaintiff and her family.
5.    School administrators and district officials failed to adequately protect students and failed to properly investigate the misconduct.
6.    Plaintiff further alleges that law enforcement officials failed to conduct a proper investigation into the assault.
7.    Plaintiff alleges a pattern of retaliation, harassment and reputational attacks against her after speaking publicly about the incident involving her daughter.

VI. MUNICIPAL POLICY CUSTOM AND PRACTICE

Under Monell v. Department of Social Services
lmunicipal entities may be held liable where constitutional violations result from official policies customs or failures to train.
1.    Defendant City of Turlock and Turlock Unified School District were responsible for establishing policies procedures and training governing their employees.
2.    At all relevant times these entities maintained customs policies or practices that allowed the constitutional violations described in this complaint to occur.
3.    These policies practices or failures included but were not limited to:

- failure to properly supervise substitute teachers and school employees
- failure to protect students from misconduct by school staff
- failure to adequately investigate allegations of assault against a student

• failure to properly train employees regarding student safety and reporting requirements

• tolerance of retaliation against individuals who report misconduct

• failure to ensure impartial law enforcement investigations.

4. School administrators including Principal Augustin Arreola and Superintendent David Lattig were responsible for student safety and supervision of staff.

5. Despite these responsibilities the district failed to take reasonable steps to protect the minor plaintiff from harm while attending Turlock Junior High School

6. The actions and omissions of the municipal defendants were the moving force behind the violation of the plaintiffs' constitutional rights.

1. Plaintiff is a candidate running for Turlock City Council engaged in protected speech and civic participation concerning matters of public interest involving her minor child.

2. Plaintiff alleges a pattern of coordinated conduct between city officials, law enforcement personnel and media actors designed to:

• retaliate against Plaintiff and minor child - using public platforms like SAVE TURLOCK ran by David Fransen (TURLOCK CITY NEWS) AKA DJ Fransen/Cody Balboa (received $100,000 city contract), Ronald Bridegroom (father was one of the previous Mayor's in the City of Turlock and Paola Maldonado (previous TUSD board member) to go after Plaintiff and her minor child.

• suppress speech

• damage reputation

• interfere with legal proceedings.

3. Officer Juan Arroyo conducted or participated in an investigation connected to Plaintiff's minor daughter.

4. Plaintiff later discovered information suggesting a conflict of interest and prior relationship between individuals involved in the investigation and decision-makers connected to the case.

5. The City of Turlock and the Turlock Police Department failed to properly investigate misconduct or protect Plaintiff's rights.

6. Plaintiff, a disabled veteran, requested fair treatment and due process but alleges that officials failed to accommodate or address concerns under the Americans with Disabilities Act.

7.   David Fransen, operating under aliases including Cody Balboa, allegedly coordinated defamatory and misleading publications targeting Plaintiff through online media platforms alongside Ronald Bridegroom and Paola Maldonado

8.   These actions collectively created a chilling effect on Plaintiff's ability to exercise constitutional rights.
9.   Judge John Mayne - Stanislaus County Superior Court Judge was previous Facebook friends with the investigating officer on this case.
10. Chief Jason Hedden made a public comment on the minors open investigation on Facebook group- SAVE TURLOCK

# IV. CLAIMS FOR RELIEF

Claim One – Civil Rights Violations

(42 U.S.C. §1983)

Claim Two – Civil Rights Conspiracy

(42 U.S.C. §1985)

Claim Three – Title IX Violations

Claim Four – Personal Injury and Emotional Distress

Claim Five – Defamation

Claim Six – Municipal Liability

Claim Seven- First Amendment Rights Violation

Claim Eight- Fourthteeth Amendment Rights Violation

# V. RELATED STATE COURT ACTIONS

This complaint arises from the same series of events underlying the following Stanislaus County Superior Court matters:

Coelho v. Yarborough

Case No. CV26000941

Yarborough v. Coelho

Case No. CV-25-011861

Coelho vs Ronald Bridegroom CV-26-001571

Plaintiffs will file a motion requesting the Court take judicial notice of those proceedings.

# VI. MUNICIPAL POLICY CUSTOM AND PRACTICE

Under Monell v. Department of Social Services-, municipal entities may be held liable where constitutional violations result from official policies customs or failures to train.

1. Defendant City of Turlock and Turlock Unified School District were responsible for establishing policies procedures and training governing their employees.

2. At all relevant times these entities maintained customs policies or practices that allowed the constitutional violations described in this complaint to occur.

3. These policies practices or failures included but were not limited to:

- failure to properly supervise substitute teachers and school employees

- failure to protect students from misconduct by school staff

- failure to adequately investigate allegations of assault against a student

- failure to properly train employees regarding student safety and reporting requirements

- tolerance of retaliation against individuals who report misconduct

- failure to ensure impartial law enforcement investigations.

4. School administrators including Principal Augustin Arreola and Superintendent David Lattig were responsible for student safety and supervision of staff.

5.    Despite these responsibilities the district failed to take reasonable steps to protect the minor plaintiff from harm while attending Turlock Junior High School

6.    The actions and omissions of the municipal defendants were the moving force behind the violation of the plaintiffs' constitutional rights.

# VII. DAMAGES

Plaintiffs seek:

- compensatory damages

- damages for emotional distress suffered by the minor

- punitive damages against individual defendants

- injunctive relief

- attorney fees pursuant to 42 U.S.C. §1988

- any additional relief the Court deems appropriate.

# VIII. DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues so triable.

Respectfully submitted,

Kelley Coelho

Plaintiff, Pro Se

Individually and as Guardian Ad Litem for

E.S.    a minor

Monday March 9, 2026

Signature: _Kelley Coelho_

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for    F. S.    a minor

Plaintiffs

v.

City of Turlock, et al.

Defendants

Case No: _____

Defendants.

Case No:

## SUMMONS TO DEFENDANT

CITY OF TURLOCK

A lawsuit has been filed against you.

Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

Clerk of Court

United States District Court

Date: _____

Signature: _____

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for $F.S.$ , a minor

Plaintiffs

v.

Turlock Police Department , et al.

Defendants

Case No: _____

## SUMMONS TO DEFENDANT

Turlock Police Department

A lawsuit has been filed against you.

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for I $F S$, , a minor

Plaintiffs

v.

Chief Jason Hedden, et al.

Defendants

Case No: _____

## SUMMONS TO DEFENDANT

Turlock Police Department - Chief Jason Hedden

A lawsuit has been filed against you.

Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

Clerk of Court

United States District Court

Date: _____

Signature: _____

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for    F.S.    ı minor

Plaintiffs

v.

Turlock Unified School District , et al.

Defendants


Case No: _____


## SUMMONS TO DEFENDANT


Turlock Unified School District

A lawsuit has been filed against you.

Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

Clerk of Court

United States District Court

Date: _____

Signature: _____

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for   *F. S.*   a minor

Plaintiffs

v.

Agustin Arreola, et al.

Defendants


Case No: _____


## SUMMONS TO DEFENDANT


Agustin Arreola- Turlock Junior High School Principal

A lawsuit has been filed against you.

Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

Clerk of Court

United States District Court

Date: _____

Signature: _____

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for    F S    a minor

Plaintiffs

v.

Vance Yarborough, et al.

Defendants

Case No: _____

## SUMMONS TO DEFENDANT

Vance Yarborough

A lawsuit has been filed against you.

Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

Clerk of Court

United States District Court

Date: _____

Signature: _____

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for $F.S.$ a minor

Plaintiffs

v.

Juan Arroyo, et al.

Defendants


Case No: _____


## SUMMONS TO DEFENDANT


Juan Arroyo

A lawsuit has been filed against you.

Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

Clerk of Court

United States District Court

Date: _____

Signature: _____

Kelley Coelho

P.O. Box 1115

Hughson, CA 95326

Phone: 619-274-4737

Email: misskcoelho@yahoo.com

Plaintiff, Pro Se

# SUMMONS IN A CIVIL ACTION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Kelley Coelho, individually and as Guardian Ad Litem for   F.S.   , a minor

Plaintiffs

v.

David Lattig, et al.

Defendants


Case No: _____


## SUMMONS TO DEFENDANT

David Lattig

A lawsuit has been filed against you.

Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

Clerk of Court

United States District Court

Date: _____

Signature: _____



## TURLOCK POLICE DEPARTMENT

244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

# INCIDENT REPORT



| Case Number |
| --- |
| TR2505560 |
| Associated Cases |

| Event | Address 3951 N WALNUT RD | | Apt | City TURLOCK | | State CA | Zip Code 95382 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Date/Time Reported 10/22/25 - 14:39 - Wed | | | Date/Time Started 10/22/25 - 14:39 - Wed | | Date/Time Ended 10/22/25 - 14:39 - Wed | |
| | ☐ Evidence.com | | ☐ Gang Related | | | ☐ Identity Theft | |

| Offenses | Offense - | | Degree | Attempted/Committed |
| --- | --- | --- | --- | --- |

CV2600941

## PERSONS SUMMARY

| Role | Name (Last Suffix, First Middle) | Race | Sex | DOB |
| --- | --- | --- | --- | --- |
| OTHER | F.S. | HIS | F | 12/23/2011 |
| OTHER | YARBROUGH, VANCE | | | |
| WITNESS | RAMIREZ, ANTHONY BRANDON | | | |
| WITNESS | GARDILLA, JASMIN | | | |
| PARENT | COELHO, KELLEY MARIE | WHI | F | 06/21/1985 |

| PERSON INVOLVED | TYPE: OTHER | | | |
| --- | --- | --- | --- | --- |
| Last Name YARBROUGH | First Name VANCE | Middle Name | Suffix | Moniker |
| Date of Birth | Age | Race | Sex | |

| PERSON INVOLVED | TYPE: WITNESS | | | |
| --- | --- | --- | --- | --- |
| Last Name RAMIREZ | First Name ANTHONY | Middle Name BRANDON | Suffix | Moniker |
| Date of Birth | Age | Race | Sex | |

| PERSON INVOLVED | TYPE: WITNESS | | | |
| --- | --- | --- | --- | --- |
| Last Name GARDILLA | First Name JASMIN | Middle Name | Suffix | Moniker |
| Date of Birth | Age | Race | Sex | |

**TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE**




Reporting Officer: **Arroyo, Juan 5810**          Approving Officer: **Parmley, Michael 5691**          Pg. 1 of 8



# TURLOCK POLICE DEPARTMENT
244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

## INCIDENT REPORT

**Case Number**
TR25005560

Associated Cases



| Residence Phone | Business Phone | Cell Phone (209) 272-9773 | Email |
| --- | --- | --- | --- |

**PERSON INVOLVED** — **TYPE: WITNESS**

| Last Name | First Name | Middle Name | Suffix | Moniker |
| --- | --- | --- | --- | --- |

**PERSON INVOLVED** — **TYPE: WITNESS**

| Last Name | First Name | Middle Name | Suffix | Moniker |
| --- | --- | --- | --- | --- |

**PERSON INVOLVED** — **TYPE: WITNESS**

| Last Name | First Name | Middle Name | Suffix | Moniker |
| --- | --- | --- | --- | --- |

**PERSON INVOLVED** — **TYPE: WITNESS**

| Last Name | First Name | Middle Name | Suffix | Moniker |
| --- | --- | --- | --- | --- |

**PERSON INVOLVED** — **TYPE: PARENT**

| Last Name | First Name | Middle Name | Suffix | Moniker |
| --- | --- | --- | --- | --- |
| COELHO | KELLEY | MARIE | | |

| Date of Birth 06/21/1985 | Age 40 | Race WHITE | Sex FEMALE | | |
| --- | --- | --- | --- | --- | --- |

| Main Address | Transient | Apt./Unit # | City | State | Zip Code |
| --- | --- | --- | --- | --- | --- |

| Residence Phone () -2220 | Business Phone | Cell Phone (619) 274-4737 | Email |
| --- | --- | --- | --- |

**PERSON INVOLVED** — **TYPE:**

| Last Name | First Name | Middle Name | Suffix | Moniker |
| --- | --- | --- | --- | --- |

| Residence Phone | Business Phone | | Email |
| --- | --- | --- | --- |

**TURLOCK PD CONTR**  **DO NOT DUPLICATE**

 

| Reporting Officer: **Arroyo, Juan 5810** | Approving Officer: **Parmley, Michael 5691** | Pg. 2 of 8 |
| --- | --- | --- |



# TURLOCK POLICE DEPARTMENT

**Case Number**
TR2500**5560**

244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

Associated Cases

## INCIDENT REPORT



| PERSON INVOLVED | | TYPE: OTHER | | | |
|---|---|---|---|---|---|
| Last Name | First Name | | Middle Name | Suffix | Moniker |
| Date of Birth 12/23/2011 | Age 13 | Race HISPANIC | Sex FEMALE | | |
| Main Address | | Transient | Apt./Unit # | City TURLOCK | State CA | Zip Code 95380 |

TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE



Reporting Officer: **Arroyo, Juan 5810**          Approving Officer: **Parmley, Michael 5691**          **Pg. 3 of 8**



# TURLOCK POLICE DEPARTMENT
**244 North Broadway, Turlock, CA 95380**
**Phone (209) 668-5550  Fax (209)668-5642**

## INCIDENT REPORT

| Case Number |
| --- |
| TR2505569 |

Associated Cases



## NARRATIVE

**Notification:**

On 10-22-2025 I was working as a Police Officer assigned as a School Resource Officer at Turlock Junior High School (TJHS). At approximately 1424 hours, I was notified by staff that a TJHS Substitute Teacher, Vance Lee Yarbrough, was accused of assaulting a student by the name of ____ is mother, Kelley Coelho wanted Law Enforcement to investigate the incident. At this time, I was informed that Vance was inside the principal's office.

I met with Vance who told me the following. On 10-22-2025 during sixth period, Vance was covering the classroom for Mrs. Juliet Leibenson. Prior to sixth period, Mrs. Leibenson notified Vance of two of her students who had prior incidents causing disruption in the classroom. One of the students who she identified with was ____ Mrs. Leibenson told Vance, usually ____ does not make it through the class and must be escorted to the office.

During sixth period, ____ arrived late to class and was disruptive. When Vance would talk to ____, she would tell him to "go away," leave her alone and to quit being at the classroom. ____ would also call Vance names in Spanish, but he did not know what she said due to him not speaking Spanish. Vance said other students would react and gasp after ____ spoke to him in Spanish. Vance said he told ____ he was going to stay near her because he wanted her to work on her classwork. ____ continued to get up from her desk and go to other areas of the classroom.

During the class period, ____ sat on a chair and spun around in circles. ____ stood up from the chair and acted like she was dizzy before falling to the floor. Vance believed ____ was attempting to make her classmates laugh. Vance added when he would instruct ____ on what to do, she would reply, "What the fuck." Vance decided to call the campus supervisors to pick up ____ due to her behavior and based on what he was told by Mrs. Leibenson regarding ____'s past behavior in the classroom.

While Vance waited for the campus supervisors, he was standing near the door when he saw ____ grab her backpack and walked towards the door. Vance told ____ she needed to wait, and she just looked at him. Vance put his arm across the door frame out of instinct, due to the campus supervisors being on their way to the classroom and he wanted ____ to remain in the classroom. Vance said he placed his arm across the door before ____ reached the door and she had time to stop, but she continued walking, pushing his arm with her body and walking out of the classroom. Vance said ____ made it a "big deal" as if he had assaulted her. Vance believed the door was open before ____ walked outside.

TJHS Principal Agustin Arreola informed me there was a video camera outside Mrs. Leibenson's classroom. I watched the video and saw the classroom door was closed then I saw ____ Walk outside and walked west on the hallway. On the video, it appeared ____ had a smile on her face as she walked away. ____ did not appear to be agitated, upset or angry as she walked away. From the video, I did not see anyone else in the hallway and saw Vance look out the door after ____ walked out of the classroom. Vance was holding on to a clipboard as he looked out of the classroom. Principal Agustin Arreola told me Paraprofessional, later identified as Jasmin Gardilla, was also in Vance's classroom sixth period.

I then spoke to ____ in my office in the presence of her mother. I explained to ____ that she needed to be honest and explained the consequences of providing a false police report or making false statements. I also informed ____ there was video that captured part of the incident ____ told me she was going to be

**TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE**



| Reporting Officer: **Arroyo, Juan 5810** | Approving Officer: **Parmley, Michael 5691** | Pg. 4 of 8 |
| --- | --- | --- |



# TURLOCK POLICE DEPARTMENT
**244 North Broadway, Turlock, CA 95380**
**Phone (209) 668-5550  Fax (209)668-5642**

## INCIDENT REPORT

Case Number

TP25005569

Associated Cases



"completely honest" and told me the following.      ... went to the classroom late and had Mrs. Leibenson's Paraprofessional, Jasmin Gradiila, accompany her to another class to retrieve her Chromebook.      and Jasmin returned, and      .. began to do her work.

.. said she was sitting on a chair that spins when Vance asked her if she was a student in the classroom.      . said she was and was told she needed to go to the office for being tardy and proof she supposed to be in the classroom.      said Vance accused her of not being      1 and was told to leave the classroom.      grabbed her belongings and then Vance grabbed her "aggressively."      said Vance grabbed her as he stood behind her and pulled her back from her waist.      told Vance, "Get the Fuck off me" and said she pulled him off.      said a classmate by the name of ▇▇▇ asked her if she was okay.

1 said another student ▇▇▇▇▇▇▇ was sitting outside Mr. Anthony Ramirez's classroom, and      1 asked if she had seen this incident.      ...1 said another student, ▇▇▇▇▇▇, was in the area and saw this incident. ▇▇▇ assisted      1 with putting her Chromebook in her backpack and they went to the dean's office.      1 said ▇▇▇ saw what happened and she needed to write a witness statement.

I asked      ...h if at any point Vance asked her to do her work and she replied, "yeah when I was talking." I explained she needed to be more detailed on her statement.      ...1 denied saying, "what the fuck" and said another student in the classroom was screaming in the classroom. She was doing her assigned work on her Chromebook but said the Chromebook does not save the work started.      said she felt something was going to happen when she walked into class then said she felt something was going to happen today at school. I told      I was not concerned about what happened prior in the classroom. I told      1 that Vance called the office because she was being disruptive in class.      1 denied it and said it was another student who was being disruptive.

said when she grabbed her belongings, Vance sprinted to the door and as she walked out, Vance grabbed her "so hard" around her chest then waist.      1 said she grabbed the door's doorknob that leads to the outside from the classroom and said Vance had her "tight" that she had to let go of the doorknob, pushed Vance then exited the classroom.      1 said she also told Vance to get the "fuck" off her.      . said she does not cuss around adults, only cusses when it "slips out" or being "dumb."

I asked      1 if she had any injuries and she told me she did not. I did not see any visible injuries on the exposed portion of      's chest. F      had Kelley stand up and demonstrated to me how Vance grabbed her as he stood behind her.      had both of her arms around Kelley's chest below her neck and pulled her back.      then let go of Kelley. I ..... added it was not the first time she had had an incident like what occurred with other people and Kelley added it was a trigger for      1 said she came out of the classroom crying and screaming due to being mad.      1 stated Mr. Anthony Ramirez heard what happened. On 10-23-2025 Kelley told me she took      .. to the Doctor and confirmed she had no injuries.

I told      what Vance told me occurred. I also told      n the school video I watched did not show her crying as she walked out of the classroom and told her I did not see anyone else in the hallway. stated she was "tearing up" when she walked out of the classroom. Kelley intervened and claimed I was at TJHS to protect the school and said our conversation was being recorded as she pointed at her purse. Kelley said if Vance did assault      , she wanted him held accountable. Kelley added      1 is a victim of prior sexual assault and said she spoke to some witnesses herself. I notified Kelley and      .1 that I would be reviewing other camera angles to see if it captured additional details the first camera I watched did not capture some details of this incident.

On 10-23-2025 at approximately 0952 hours, I spoke to TJHS Teacher Anthony Ramirez who told me the

**TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

 

# TURLOCK POLICE DEPARTMENT



**Case Number**

244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

**Associated Cases**

# INCIDENT REPORT

following. Anthony told me in relation to his classroom, Mrs. Leibenson's classroom is two classrooms to the west from his classroom on the south side of the hallway. Anthony told me at the time of the incident in Mrs. Leibenson's classroom, he was teaching class with his classroom door open. Anthony heard a student screaming and shouting so he opened his door more to investigate what happened. Anthony saw ████ "very upset," screaming, shouting, and saying profanities. Anthony said ████ was saying, "the fucking sub touched me," and "this bitch thinks he can take my phone away." Anthony said ████ was "in tears."

Anthony felt he had to address this situation and called the school's campus team. Anthony saw two students in the hallway and believed the second student was ████ Anthony said ████ and ████ met in the hallway. Anthony was not sure what happened inside the classroom. Anthony said a student (████ was outside his classroom at the time. Anthony said one of his students, by the name of ████ is a student with ████ in Mrs. Leibenson's classroom.

At approximately 1330 hours, I went to Mrs. Leibenson's classroom where I provided a Turlock Unified School District Witness Statement form to all the students who were in class when this incident took place. I instructed the students to write what they observed between ████ and Vance. Once the students were done, I collected the forms and secured them in my office. After leaving the classroom, I spoke to Jasmin over the telephone. Jasmin told me she was working as a Paraprofessional in Mrs. Leibenson's classroom. Jasmine stated Vance had been told by Mrs. Leibenson about two students who were going to cause him trouble during sixth period and one of the students was identified as ████

Jasmin told me during the class period, Vance was having difficulty with ████, and she felt he was "pressing her" to sit down. Jasmin heard ████ tell Vance to get out of her face. Vance decided to call campus security due to Faith's behavior. Jasmin saw as ████ grabbed her belongings and began to walk towards the classroom exit. Jasmin said Vance stood in front of the door blocking the exit and looking at ████ as she walked towards him. ████ walked through Vance even though he was blocking the door to prevent her from leaving. ████ then walked outside the classroom. Jasmin did not see Vance grab ████ while inside the classroom.

On 10-24-2025 I spoke to ████ about what she witnessed. ████ told me she walked out of classroom that is located on the west side of the C building that is located on the northeast side of the school. ████ heard ████ screaming and telling someone to let her go. ████ went towards ████ direction and claimed she saw Vance standing behind ████ with both of his arms around ████ chest while they both stood outside the classroom past the door frame. ████ saw ████ attempting to get away and Vance let go and went inside the classroom. ████ did not see any injuries or ████ and did not see Vance grab ████ from the waist. During the interview, I asked ████ for further details of what she saw and she appeared to become frustrated.

I reviewed TJHS's video surveillance and watched a security camera that faces east towards the direction of ████ classroom. According to the time stamp on the video, ████ walked out of her classroom at 1:38:24 p.m. and walked south from her classroom and outside camera view. At 1:38:36 ████ comes back into camera view and is facing west towards ████ classroom as she is standing before she proceeds to walk towards ████ location. I took note of the time stamp of when ████ left her classroom, and she left at 1:38:29 P.M. On the video, I saw ████ Walk out of the classroom then Vance walked out of the classroom behind her. On the video, I did not see Vance grabbing ████ from her chest as he stood behind her and they were both outside the classroom's door frame.

TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE

 

Reporting Officer: **Arroyo, Juan 5810**        Approving Officer: **Parmley, Michael 5691**        Pg. 6 of 8



# TURLOCK POLICE DEPARTMENT

244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

**Case Number**
TR2500**5569**

Associated Cases



CV 26000941

# INCIDENT REPORT

Along with Principal Arreola, we both watched the security cameras with two angles showing this incident. The first camera was close to Mrs. Leibenson's classroom, and the second camera angle was the camera that faced ███████ classroom. From watching both cameras' videos, I saw ████ had walked out of her classroom after ██████ was no longer within camera view due to walking south away from her classroom. Principal Arreola stood in the approximate area of where ███████ was when she went out of camera view, I determined ██████ did not have view of Mrs. Leibenson's classroom due to her angle and another building obstructing her view.

I went to ██████ classroom to interview her, but she was absent. TJHS staff confirmed with ████████ guardian that she was not at school today. I went to ████████████ classroom and discovered she was also absent.

I read the Turlock Unified School District Witness Statements I had Mrs. Leibenson's students fill out and followed up with students who mentioned they saw Vance lay hands on ██████. I spoke to student ██████ ████ who told me she saw ██ open the classroom door and Vance walked behind her on the right side and put his right hand on the door. ██████ claimed Vance put his left arm around █ ██ waist and █ ███ was able to continue walking out of the classroom. I spoke to ██████████ who told me he was sitting next to the exit when he saw ██████ opening the door and saw Vance place both of his arms around ██ waist for approximately 5 seconds before letting go and ██████ walking out of the classroom.

The student ████████████ had written on her statement she saw Vance grab ██████ on the top half of her body and pushed her out of the classroom. After school ████ approached me and told me about the same thing in person. I followed up with her to speak to her more in depth. ████ told me ██ ██ was walking out of the classroom when Vance placed a hand in front ██ ██ and the other hand behind her back. ████ believed Vance was holding ██████ before ██ pushed the door open and walked outside. ████ said this was her perception and added ██ was her friend.

I spoke to ████████████████ who told me the following. ████ saw that ██████ grabbed her backpack and began to walk out the door. ██████ saw Vance go towards the door and put arm across the door frame as ██ ██ was approximately a foot away from his arm. Vance did not hit ██████ continued walking forward and used her body to push past Vance's arm. This caused Vance's arm to touch ██████ chest area, but it was not intentional. ██████ did not see Vance put both of his arms over █ ██ chest or waist at any point. ██████ said ██ and Vance walked outside before he returned and his face was red. ██████ said ██ returned to the classroom approximately 5 minutes later and sat inside.

After speaking to ████████ Vance, students from Mrs. Leibenson's classroom, other potential witnesses and reviewing school surveillance videos, nothing suggested a crime occurred when Vance attempted to keep ██████ in the classroom. ██████ was not injured and statements contradicted other statements made by students who identified themselves as ████████ friends (██████████████████████ Kelley requested charges be pressed against Vance, but there was no evidence to support the crime of an assault occurring.

**Additional:**

This investigation was recorded in my BWC. This report will include the written witness statements from the students in Mts. Leibenson's classroom. The witness statements have notes from myself after speaking to the student and obtaining more details. Sgt. Parmley, Captain Pacheco and Chief Hedden were briefed on this incident. I used my department issued iPhone to take video of the school's video security footage that captured when ██████ and ██████ walked out of the classroom. The videos were uploaded to Evidence.com.

**TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

 

Reporting Officer: **Arroyo, Juan 5810**   Approving Officer: **Parmley, Michael 5691**   Pg. 7 of 8



# TURLOCK POLICE DEPARTMENT
244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

**Case Number**

**Associated Cases**





# INCIDENT REPORT

## Case Status:

Cleared Exceptional

| | Involvement Type | Officer Name | Date |
|---|---|---|---|
| Officers | REPORTING | ARROYO, JUAN 5810 | 10/24/2025 14:56:00 |

**TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

 

Reporting Officer: **Arroyo, Juan 5810**          Approving Officer: **Parmley, Michael 5691**          **Pg. 8 of 8**



# TURLOCK POLICE DEPARTMENT

244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

## SUPPLEMENTAL REPORT

**Case Number**
TR25005560

**Supplement Number**
.002

**Associated Cases**

| Event | Address | | Apt | City | | State | Zip Code | |
|---|---|---|---|---|---|---|---|---|
| | Date/Time Reported | | Date/Time Started | | | Date/Time Ended | | |
| | Evidence.com | | Gang Related | | | Identity Theft | | |
| | ☐ Drug Related | | Domestic Violence | | | | | |

| Offenses | Offense | | | Degree | Attempted/Committed | |
|---|---|---|---|---|---|---|
| | - | | | | | |

## PERSONS SUMMARY

| Role | Role # | Name (Last Suffix, First Middle) | Race | Sex | DOB |
|---|---|---|---|---|---|

## PROPERTY

TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE

Reporting Officer: **Arroyo, Juan 5810**        Approving Officer: **Parmley, Michael 5691**        Pg. 1 of 2



# TURLOCK POLICE DEPARTMENT

244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

## SUPPLEMENTAL REPORT



**Case Number**
TR25005560

**Supplement Number**
.002

**Associated Cases**

Case 2:26-cv-00887-DAD-AC    Document 1    Filed 03/16/26    Page 32 of 39

CV2600091941

## NARRATIVE

**SUPPLEMENTAL REPORT:**

**NARRATIVE:**

On 10-29-2025 at approximately 1851 hours, Kelley sent me an email to my department issued email with a copy of ⌐     s witness statement. The witness statement was written on a Turlock Unified School District form. I printed the statement and will be adding it to the report. The statement was dated 10-29-2025.

| | Involvement Type | Officer Name | Date |
|---|---|---|---|
| Officers | REPORTING | ARROYO, JUAN 5810 | 10/31/2025 08:25:00 |

**TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE**

 

Reporting Officer: **Arroyo, Juan 5810**          Approving Officer: **Parmley, Michael 5691**          Pg. 2 of ´

# TURLOCK POLICE DEPARTMENT

244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550  Fax (209)668-5642

## SUPPLEMENTAL REPORT

**Case Number**
TR25005560

**Supplement Number**
.001

**Associated Cases**

| Event | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Evidence.com | | ☐ Gang Related | | | ☐ Identity Theft | |
| ☐ Drug Related | | ☐ Domestic Violence | | | | |

| Offenses | | | |
|---|---|---|---|
| Offense - | | Degree | Attempted/Committed |

## PERSONS SUMMARY

| Role | Role # | Name (Last Suffix, First Middle) | Race | Sex | DOB |
|---|---|---|---|---|---|
| WITNESS | | ███████████ | | | |

### PERSON INVOLVED     TYPE: WITNESS

| Last Name | First Name | Middle Name | Suffix | Moniker |
|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ | ███████ |

TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE

Reporting Officer: **Arroyo, Juan 5810**          Approving Officer: **Parmley, Michael 5691**          Pg. 1 of 2



**TURLOCK POLICE DEPARTMENT**
244 North Broadway, Turlock, CA 95380
Phone (209) 668-5550 Fax (209)668-5642

**SUPPLEMENTAL REPORT**

| Case Number |
| --- |
| TR25405580 |
| **Supplement Number** |
| .001 |
| **Associated Cases** |

Case 2:26-cv-00887-DAD-AC    Document 1    Filed 03/16/26    Page 34 of 39

CV260000941

## NARRATIVE

**Supplemental Narrative:**

On 10-27-2025 at approximately 1005 hours, Kelley Coehlo sent Turlock Police Chief Hedden, David Lattig, TJHS Principal Arreola and I an email indicating she received a TJHS Witness Statement form from a student who claimed she observed the incident between ⬛ and Vance. The statement form was signed as ⬛ and was dated as 10-27-2025. Kelley wanted the witness statement form added to the original police report. On the email, Kelley asked Principal Arreola for the status on reviewing other video footage from the school. Kelley also added she obtained video from students who documented "stuff" on their phone.

Prior to receiving this email from Kelley, I spoke to ⬛ on (10-24-2025) in person and documented her statement in the original police report. I printed the Witness Statement form Kelley attached to her email and turned it in at the Turlock Police Department.

In addition, on 10-27-2025 at approximately 1139 hours, I spoke to ⬛ in my office, and she told me the following. ⬛ told me on 10-22-2025 she was sitting outside her classroom when she heard a commotion coming from ⬛'s classroom. ⬛ saw the classroom door open and saw Vance standing sideways with his back towards the door frame. ⬛ saw the left side of Vance's body and saw he had his right arm across ⬛s chest and his hand on ⬛'s left shoulder as she pulled her back. ⬛ did not know where Vance had his left hand. ⬛ said ⬛ back was towards Vance.

⬛ heard Vance tell Faith to stay in the classroom as ⬛ told him, "No I don't care, let me go." ⬛h walked out of the classroom and appeared to be teary-eyed, asked ⬛ if she saw what happened and said she was calling Kelley. ⬛ did not know if ⬛ was on the phone with Kelley at the time she spoke to her. ⬛ said she did not see Vance grab ⬛ by the waist.

**Additional:**

My conversation with ⬛ was recorded in my BWC.



| Involvement Type | Officer Name | Date |
| --- | --- | --- |
| REPORTING | ARROYO, JUAN 5810 | |

**TURLOCK PD CONTROLLED DOCUMENT - DO NOT DUPLICATE**



I was sitting outside my class doing my work then I heard a class door opening so I look up and it's faith then I see the dub having his arms like kinda wrapped around her chest area trying to keep her n the class and she was telling him no get off of me.

Case 2:26-cv-00887-DAD-AC    Document 1    Filed 03/16/26    Page 35 of 39

cv26000941

## Turlock Unified School District

### Witness Statement

Witness Name (Print) __Faith Solis__ Grade: _8_ School __TJHS__

Statement Time: _____ Staff Member: Yes _____ No _____

Please describe what occurred to the best of your knowledge. Indicate (date, time, and location) of the incident.
Please use specific names instead of "he", "she", or "they." (Use ink pen not pencil)

I was in class I had left for a bit to go get my chrome book (with the para) I got it from Mr. Alstons 5th period class then I went back and sat in the back with the para I again was telling him while mr y (the sub) was taking attendence that I wasnt in the class and mr y told me to go get proof that I am in that class so I grabbed my chrome book it was on the sid of me and my other hand had b my backpack and from the back I see him rush at me and grab me from my chest and pulls me from my wrist and I told him to get off me and I let go and go out the door and see Kirsly and Antonia they saw the whole thing so we all went to the office and they wouldn't let us write witness statements and officer A-mood had me talk in the office and Jast shut me down and didnt let me talk.

I declare under the penalty of perjury that I have personal knowledge of the facts stated above, and that the statements above are true and correct.

Signature of Witness: _Faith Solis_ Date: _10/29/20_

# Turlock Unified School District

## Witness Statement

Witness Name (Print): __Antonio, Faith__   Grade: __8__  School: __Turlock Jr high__

Statement Time: _____   Staff Member: Yes __✓__ No _____

Please describe what occurred to the best of your knowledge. Indicate (date, time, and location) of the incident. Please use specific names instead of "he", "she", or "they." (Use ink pen not pencil).

So what happened was I was walking out of my 6th period class and I heard screaming so I went to see who was screaming and it was my bestfriend Faith and I saw a sub grabbing her and his hands where on her chest and she was yelling for him to let her go and then she broke free of his hands and I was telling her to clam down and that it will be ok because I could see that she was very upset and she said that the guy made her uncomfortable and then we both went up to the office because as all this wase going on Mr. leo one of the staff member told faith to go to the office because he saw her yelling and the cop said that he checked the cameras and saw her smiling when thats not the case when She came out the class she was toring up and was very mad so the cop needs to get his story straight so deck all the cameras because this is not okay what huppened to my bestfriend # freeFaith

I declare under the penalty of perjury that I have personal knowledge of the facts stated above, and that the statements above are true and accurate.

Signature of witness: __Antonia Burrell__   Date: __10/27/25__

CV 26 900 941





Turlock TPD @ 5560

## POLICE DEPARTMENT

CITY OF TURLOCK INC. 1908

**JUAN ARROYO**
Police Officer

"As Police Professionals, We Commit Ourselves to Public Safety, Service and Excellence"

244 N. Broadway
Turlock, California 95380
jarroyo@turlock.ca.us

209.669.2103
Fax 209.668.5642

Mail body:

 **Chief Jason Hedden** · 2h

Kelley Coelho Again, put the evidence you claim to have out there for all of us to review and make our own judgement. You can't expect us to take you at your word that you have "evidence" when you have given us nothing. I won't go back-and-forth on social media, I said what I said. For lack of better terms, "put up or shut up!"

Reply     1

Sent from Yahoo Mail for iPhone